UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAULA CLAUS, | ) Case No.: 1:15-cv-13816-TLL-PTM |
| Plaintiff, | ) |
| v. | ) |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

**PLEASE TAKE NOTICE** that Plaintiffs, PAULA CLAUS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action on the merits and with prejudice.  Each party to bear its own fees and costs.

**BAUER & HUNTER PLLC.**

Dated: March 29, 2016      By: /s/ Christopher C. Hunter
Christopher C. Hunter P54851
Bauer & Hunter PLLC
25240 Lahser Road, Suite 2
Southfield, MI 48033
chunter@bauerhunter.com
Phone (248) 742-9111
Fax (248) 742-9084
Attorneys for Plaintiffs

Dated: March 29, 2016      **HINSHAW & CULBERTSON LLP**

By:/s/ Carlos A. Ortiz
Carlos A. Ortiz, Esq. (6293505)
HINSHAW & CULBERTSON LLP
Attorney for Defendant
222 N. La Salle St., Suite 300
Chicago, IL 60601
Telephone: 312.704.3000
Facsimile: 312.704.3001
e-Mail: cortiz@hinshawlaw.com
Attorneys for Defendant
GC Services Limited Partnership