## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAULA CLAUS,<br><br>            Plaintiff,<br><br>vs.<br><br>GC SERVICES LP,<br><br>            Defendant. | Case No: 1:15-CV-13816-TLL-PTM<br><br>Judge Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above captioned action, by and through the undersigned attorneys, that this action is hereby dismissed on the merits and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party to bear its own costs.

| | |
|---|---|
| Dated: **March 30, 2016**<br><br>*/s/ Ryan Lee*_____<br>Ryan Lee<br>Law Offices of Ryan Lee, PLLC<br>Attorney for Plaintiff<br>7150 E. Camelback Rd., Ste. 444<br>Scottsdale, AZ 85251<br>Phone: (323) 524-9500<br>ryan@ryanleepllc.com | Dated: **March 30, 2016**<br><br>*/s/ Carlos A. Ortiz*_____<br>Carlos A. Ortiz (6293505)<br>Hinshaw & Culbertson LLP<br>Attorney for Defendant<br>222 N. La Salle St., Suite 300<br>Chicago, IL 60601<br>Telephone: 312 704-3000<br>cortiz@hinshawlaw.com |

**IT IS SO ORDERED.**

                                                                           s/Thomas L. Ludington_____
                                                                           THOMAS L. LUDINGTON
                                                                           United States District Judge

Dated: March 30, 2016

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 30, 2016.

s/Michael A. Sian<br>MICHAEL A. SIAN, Case Manager

131337541v1 0980069